## ESTATE OF JAMES WILLIAMS, DECEASED.
[No. 18,381; decided March 18, 1898.]

Identity of Name—Presumption of Identity of Person.—It will be presumed that a petitioner for distribution of the estate of a decedent is the son of a legatee named in the will, when it is proved that the name of the petitioner's father is the same as that of the legatee.

Declarations of Deceased—Proof of Relationship.—The declarations of a person in his lifetime concerning his own family are admissible, in probate proceedings, to prove that he was the brother of the testator.

Death—Presumption from Absence.—After the lapse of seven years without intelligence concerning a legatee he is presumed to be dead.

Evidence—Weight and Sufficiency.—Any competent evidence is sufficient, and makes out a prima facie case if undisputed.

---

## ESTATE OF FREDERICK ZEILE, DECEASED.
[No. 3,370; decided May 14, 1886.]

Annuity—Protection of Residuary Legatees.—When a Testator gives his brother a specified sum per annum, to be paid during his lifetime from the interest of money to be invested by the executors, and directs the principal sum and the overplus interest to be paid to the residuary legatees when the annuity ceases, the investment of the fund should be made with due regard to the interests of such legatees.

Annuity—Investment of Fund.—When a Testator Bequeaths to his brother a specified sum per annum for life, payable quarterly, the principal sum and the overplus interest thereon to be divided among the residuary legatees when the annuity ceases, the court, in order to provide for the required income, will direct the retention of city real property belonging to the estate and yielding an income slightly in excess of the annuity, rather then direct an investment in United States bonds.

Annuity—Interest and Income.—Where a Testator Directs His Executors to place funds "at interest" to provide for the payment of an annuity, the investment may nevertheless be made in real estate, if such a course seems preferable to the loaning of money.

Interest on Money.—Interest is Only a Synonym for specific income.